**FILED**
CLERK, U.S. DISTRICT COURT

07/13/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF(S) | CASE NUMBER |
|---|---|
| v. | 2:21-MJ-0111 CKD    5:21-mj-00474 |
| SALVADOR ANGUIANO-SOTO | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: United States District Court
in the   Eastern   District of   California   on   July 12, 2021
at   07:46   [x] a.m. / [ ] p.m. The offense was allegedly committed on or about   November 24, 2017
in violation of Title   8   U.S.C., Section(s)   1326(a)
to wit: _____

A warrant for defendant's arrest was issued by:   Carolyn K. Delaney, United States Magistrate Judge

Bond of $   No Bail   was [ ] set / [ ] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/12/2021
              Date

_____
Signature of Agent

Carlos Martinez
Print Name of Agent

DHS/ICE
Agency

Deportation Officer
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT