AO 442 (Rev. 11/11) (modified) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Salvador Anguiano-Soto<br>A 098 261 545<br><br>*Defendant* | 5:21-mj-00474<br>Case No. 2:21-mj-0111 CKD |

FILED
CLERK, U.S. DISTRICT COURT
07/13/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Salvador Anguiano-Soto                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Being a previously deported alien found in the United States, in violation of 8 U.S.C. § 1326(a).

Date:   July 12, 2021 at 7:46 am                             _Carolyn K. Delaney_
                                                             *Issuing officer's signature*

City and state:   Sacramento, California                     Carolyn K. Delaney, United States Magistrate Judge
                                                             *Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/12/2021, and the person was arrested on *(date)* 7/12/2021
at *(city and state)* _____

Date: 7/12/2021                                              _[signature]_
                                                             *Arresting officer's signature*

                                                             CARLOS MARTINEZ, DEPORTATION OFFICER
                                                             *Printed name and title*